## Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 6:08-CR-00185 (2) |
| Case Number (Rec. Court) | 3-22-cr-00097 |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| David Ray Ellis | Western District of Texas | Waco Division |

Name of Sentencing Judge: Chief United States District Judge Walter S. Smith, Jr.

| Dates Of Probation/Supervised Release | From | To |
|---|---|---|
| | January 21, 2022 | January 20, 2025 |

**Offenses**: Possession with Intent to Distribute Crack Cocaine, a Schedule II Narcotic Drug Controlled Substance, and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C); and 18 U.S.C. § 2; and Possession of a Firearm During the Commission of a Drug Trafficking Crime, and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2.

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Western District of Texas, Waco Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 16, 2022.
Date

Alan D Albright
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 3, 2022
Effective Date

Ed Kinkeade
U.S. District Judge

# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



**BUD ERVIN**
CHIEF

**WAYNE MCKIM**
DEPUTY CHIEF

**EDITH FOSTER**
**NIQUITA LOFTIS**
ASSISTANT DEPUTY CHIEFS

2501 Avenue J, Suite 111
Arlington, TX 76006
817-505-1775

www.txnp.uscourts.gov

March 2, 2022

The Honorable Ed Kinkeade
U.S. District Judge
Northern District of Texas, Dallas Division

                          **RE:  Ellis, David Ray**
                                 Case No.:  TO BE ASSIGNED
                               <u>Transfer of Jurisdiction Request</u>

Dear Judge Kinkeade:

On June 17, 2009, David Ray Ellis was sentenced in the Western District of Texas, Waco Division, by U.S. District Judge Walter S. Smith to 40 months custody, to be followed by a total term of 3-years of supervised release for the offenses of Possession with Intent to Distribute Crack Cocaine, a Schedule II Narcotic Drug Controlled Substance, and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2; and 60 months custody, to be followed by a term of 3-years of supervised release for the offense of Possession of a Firearm During the Commission of a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2. The custody sentences were ordered to be served consecutively for a total aggregate sentence of 100 months custody; and the terms of supervised release were to be served concurrently, for a total of 3 years. On June 24, 2009, the 40-month term of imprisonment for Count 1 was reduced to 36 months, for a total aggregate term of 96 months imprisonment. Mr. Ellis began his term of supervised release in the Northern District of Texas, Dallas Division, on January 21, 2022, and his expiration date is January 20, 2025.

Mr. Ellis has stable residence and employment in the Northern District of Texas, and he has no ties to the Western District of Texas. Mr. Ellis intends to remain in the Northern District of Texas throughout his term of supervision. The Western District of Texas, Waco Division has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in Case No. 6:08-CR-00185(2) be accepted by the Northern District of Texas, Dallas Division. Attached is a copy of the Transfer of Jurisdiction Order for the Court's consideration.

Respectfully Submitted,                                      Approved,

s/Jeannine Williams                                        s/Angela Roberson

U.S. Probation Officer                                      Supervising U.S. Probation Officer
817-505-1775                                                  817-505-1078